UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:
    Vytautas Kodzius, )
        Debtor, )
                            )
                            )
Anthony Stelmokas, )
    Plaintiff, )
                            )
    vs )
                            )
Vytautas Kodzius, )
    Defendant. )

Bankruptcy No. 09-27773

Adversary No. 09-01135

NOTICE OF FILING

To:  Vytautas Kodzius
      2 West Beechwood Court,
      Buffalo Grove, Il. 60089

      PLEASE TAKE NOTICE that on November 9, 2009, the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Addendum cover sheet with two(2) adversary complaint exhibits, copies of which are attached hereto and served upon you.

[signature]

Anthony Stelmokas
2548 West 69th St.
Chicago, Il. 60629
773 476-0404

**ADDENDUM COVER SHEET**

Plaintiff in filing his adversary complaint did not attach the referenced exhibits:

1. Promissory Note, dated December 14, 2008

2. Check, number 1313

Upon receipt hereof, please attach the enclosed copies of the referenced documents to the adversary complaint filed and mailed to you on November 5, 2009.

_____
Anthony Stelmokas, plaintiff

# PROMISSORY NOTE

$ _____

Dated: _December 14, 2008_

For value received, the Borrower _VITAUTAS KODZIUS,_ _VILMA MASON._, whose address is _2 W. BEECHWOOD CT., BUFFALO GROVE, IL. 60089_, promises to pay to the Noteholder _ANTHONY STELMOKAS_, whose address is _2548 W. 69TH ST., CHICAGO, IL. 60629_, the principal amount of $ _14,000._, with interest at the annual rate of _12_ % ( _TWELVE_ percent) on any unpaid balance. This Promissory Note is effective as of the date that it is signed by the Borrower.

Payments are payable to the Noteholder, at the above-stated address, in _____ consecutive installments of $ _____, including interest, and continuing on the _____ day of each _____ until paid in full. If not paid off sooner, this Note is due and payable in full on _JUNE 14, 2009_, free of any offsets, deductions, or counterclaims.

This Note may be prepaid in whole or in part at any time without penalty. If the Borrower is in default more than _____ days with any payment, this Note is payable upon demand of any Noteholder. This note is not assumable without the written consent of the Noteholder. This Note may not be amended or modified unless in writing signed by the Borrower and the Noteholder.

The Borrower waives demand, presentment for payment, protest, and notice. In the event of any default, Borrower will be responsible for any costs of collection on this Note, including court costs and attorney fees. This Note shall be binding on the Borrower and any successors, heirs, or assigns, and shall benefit the Noteholder and any successors, heirs, or assigns. This Note is governed by the laws of the State of _ILLINOIS_.

_____            _____
Signature of Borrower                Signature of Witness

_____            _____
Name of Borrower                     Name of Witness



## CERTIFICATION

I, Anthony Stelmokas, pro se, certify that a copy of this Certification and Addendum cover sheet with two adversary complaint exhibits were served upon Defendant Vytautas Kodzius, address 2 West Beechwood Court, Buffalo Grove, Il. 60089, by depositing same in the USPS mail at the Loop Station, Dearborn & Adams, Chicago, Il. by first class delivery, proper postage prepaid, before the hour of 5:00 p.m. this 9th day of November, 2009.

_____
Anthony Stelmokas, plaintiff